IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANICE DIXON WILLIAMS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 08-0422-CG-M |
| **TOM JONES, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.[1] It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE and ORDERED** this 17th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although plaintiff filed no objection to the Report and Recommendation, she did file a motion to amend her complaint, seeking to drop the governmental entities as defendants, and add further explaining the basis for remedy against Defendants Tom Jones and East Bay Kia Motors. (Docs 11-1, 11-2). Because the proposed new complaint does not cure any of the jurisdictional defects against the individual defendants addressed in the Report and Recommendation, the motion is likewise **DENIED.**