### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANICE DIXON WILLIAMS,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 08-0422-CG-M** |
| **TOM JONES, et al.,** | : | |
| **Defendants.** | : | |

### JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim

upon which relief can be granted.

**DONE and ORDERED** this 17th day of September, 2009.

/s/ Callie V. S. Granade

CHIEF UNITED STATES DISTRICT JUDGE